Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Michael D. Steger (SBN 169289)
michael@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, CA 90291
Telephone: (845) 359-4600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSHIK NADAV, an individual; MOSHIK NADAV TYPOGRAPHY, LLC, a New York limited liability company; <br><br> Plaintiffs, <br><br> v. <br><br> RIO BEAUTY LOUNGE, INC., a California corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br> <u>Jury Trial Demanded</u> |

Plaintiffs Moshik Nadav ("Nadav") and Moshik Nadav Typography, LLC ("MNT"), by and through their undersigned attorney, hereby prays for relief based on the following:

## JURISDICTION AND VENUE

1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.  Venue and jurisdiction in this judicial district are proper under 28 U.S.C. § 1391(b) and in that this is the judicial district in which Defendant Rio Beauty Lounge, Inc. is located, that Defendants are each authorized to do business and do business in this judicial district, and this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.  Nadav is an individual residing in Brooklyn, New York.  Nadav is one of the world's leading creators of original stylized typefaces.

5.  MNT is a New York limited liability company, wholly owned by Nadav, based in Brooklyn, New York.  MNT exploits the proprietary copyrighted software developed by Nadav by licensing it to commercial customers.

6.  Plaintiffs are informed and believe and thereon allege that Defendant Rio Beauty Lounge, Inc. ("Rio") is a California corporation authorized to and doing business in the State of California.

7.  Plaintiffs are informed and believe and thereon allege that Defendant conducts business within the Central District of California, including operating offices, selling products and soliciting customers within this judicial district.

8.  Plaintiffs are informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Nadav's copyrights, have contributed to the infringement of Nadav's

copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9.   Plaintiffs are informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter ego, and/or employee of the remaining Defendant and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiffs' rights and the damages to Plaintiffs proximately caused thereby.

## FACTUAL ALLEGATIONS

10. Nadav is engaged in the business of designing, creating, and producing computer software that generates, *inter alia*, type face fonts and art design works in digital formats for use with personal computers and commercial typesetting devices.  Nadav's company, MNT, then markets and licenses that software for personal and commercial use.

11. Nadav created and is the exclusive owner of the software for the Paris Pro New Typeface font ("PPNT Software"). The PPNT Software contains material that is wholly original with Nadav and is copyrightable subject matter under the laws of the United States. Nadav registered the copyright in the PPNT Software with the United States Copyright Office under Reg. No. TX 8-434-526 prior to Defendant' first use of the PPNT Software.

12. The PPNT Software is referred to herein as the "Font Software."

13.  MNT offers licenses for the use of the Font Software, and prior to Defendant's infringing acts described below, Nadav and MNT made the Font Software available for licensing on the World Wide Web. Images of typeface generated by the Font Software are attached hereto as Exhibit A.

14. The typeface generated by the Font Software consists of unique characters, which cannot be created by hand or by other commercially available software.

15. In June 2025 Nadav and MNT discovered that Defendant Rio was using characters from the Font Software in advertising, marketing and branding for their services, products and website.

16. Examples of the advertising and marketing materials created by Defendants are set forth in Exhibit B.

17. The characters featured in Defendant Rio's advertising, marketing and branding could only have been created by using the Font Software.

18. The uses by Defendants of the Font Software set forth herein (and shown on Exhibit B attached hereto) require a commercial license or multiple licenses from MNT or Nadav. Defendants have not sought a commercial license to use the Font Software for any purpose and have not acquired any such commercial license from either MNT or Nadav.

19. On information and belief, Defendants, and each used the Font Software without permission to create their business website and to advertise, market and brand their services and products.

20. On information and belief, Defendants, and each, have used and/or instructed others to use unauthorized copies of the Font Software in the creation of product, merchandise and advertising materials in violation of 17 U.S.C. § 501 *et seq*.

21.  On information and belief Defendants, and each, have created unauthorized copies of the Font Software or used the typeface and/or Font

Software and/or any of its graphical representations and/or embodiments to design a logo (i.e., a logotype/graphical representing symbol) and artistic works for Defendants' commercial benefit.  Defendants have distributed such works bearing artwork derived from unauthorized copies of the Font Software throughout the United States, including in this judicial district through Defendants' own website.

22. In June Nadav and MNT informed Defendants that Defendants' unauthorized use of the Font Software infringed on Nadav's exclusive rights. Despite having such knowledge, Defendant has continued to infringe Nadav's exclusive rights in the Font Software.

23. A comparison of the results of Defendants' infringing uses of the Font Software and the characters created by Nadav's proprietary Font Software is attached as Exhibit C.

## CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

24. Nadav and MNT repeat, reallege and incorporate herein by reference as though

fully set forth the allegations contained in the preceding paragraphs of this Complaint.

25. Nadav and MNT are informed and believe and thereon allege that Defendants, and each, have made unauthorized copies of the Font Software, distributed unauthorized copies of the Font Software to their respective agents, licensees and vendors, instructed said licensees and vendors to use unauthorized copies of the Font Software and that Defendants and their respective agents, licensees and vendors have used unlicensed and infringing copies of Font Software in the creation of product, merchandise and advertising materials (including without limitation those shown on Exhibit B) and have by reason thereof, infringed upon Nadav's rights in and to the Font Software.

26. At all times, Defendants, and each, have had a direct financial interest in the sales of product and packaging created with unauthorized copies of the Font Software, have directly benefited financially from said activities and have had the right and ability to supervise said activities.

27. At all times, Defendants, and each, knew that their respective vendors and licensees were using unauthorized copies of the Font Software and Defendants induced and directed said licensees and vendors to make use of the unauthorized copies of the Font Software in the creation of product, merchandise and advertising materials.

28. Due to Defendants, and each of their, acts of infringement, Nadav has suffered damages in an amount to be established at trial.

29. Due to Defendants, and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Font Software. As such, Nadav is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Font Software in an amount to be established at trial.

30. Nadav and MNT are informed and believe and thereon allege that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Nadav's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

  a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Nadav's copyrights in the Font Software;

b.  That Nadav be awarded all profits of Defendants, and each of them, plus all losses of Nadav, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c.  That Nadav be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d.  That Plaintiffs be awarded pre- and post-judgment interest as allowed by law;

e.  That Plaintiffs be awarded the costs of this action; and

f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: September 11, 2025                    Respectfully submitted,

By:    */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Michael D. Steger, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiffs*

COMPLAINT